**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Kingdawud Mujahid BURGESS, a/k/a David Clifton Burgess, Defendant—Appellant.**

No. 08–8460.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 18, 2009.

Kingdawud Mujahid Burgess, Appellant Pro Se. Dennis Michael Fitzpatrick, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kingdawud Mujahid Burgess appeals the district court's order denying his mo-

---

tion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burgess*, No. 1:06–cr–00429–GBL–1 (E.D. Va. filed Nov. 5, 2008, entered Nov. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*